## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.  1:22-CV-165-SA-DAS**
                                                    **JURY TRIAL DEMANDED**

**CREAM MCCLOUD**                                                             **DEFENDANT**

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Cream

McCloud.  The parties stipulate and consent to the entry of judgment in favor of the United

States of America against Defendant Cream McCloud on the basis of  violations of the False

Claims Act, U.S.C. §3729-3733 in the sum of $45,333.92, which specifically includes

$40,333.92 for the Paycheck Protection Program loan and $5,000.00 for the bank processing

fees; and $402.00 for the court filing fee pursuant to 28 U.S.C. § 2412(a)(2).   Post judgment

interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily

and compounded annually until paid in full, but without costs to either party.  Defendant Cream

McCloud agrees that the sum owed, $45,333.92, plus interest, is due and payable in full

immediately.  Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. §

2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant

Cream McCloud pays to the Department of Justice, through the United States Attorney, 900

Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each

and every month until this judgment is satisfied.  The amount of this payment shall be subject to

review and modification not less than annually. This debt shall also be included in the Treasury

Offset Program so that any federal monies owed to Defendant Cream McCloud will be credited

to her outstanding debt.

IT IS SO ORDERED this the 15th day of December, 2022.

_Aharion Aycock_
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
CREAM MCCLOUD, *Defendant*

2